UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILESTONE BANK,

Plaintiff,

-v-

JAMES R. STAPLETON, JOSHUA R. JOHNSTON, AND IHEARTCOFFEE, L.L.C.,

Defendants.

26-cv-8566 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The parties have filed a stipulation proposing to move the time to answer for all of the defendants to December 4, 2026. See ECF No. 18. In the stipulation the parties represent that all defendants intend to obtain counsel prior to that time. Based on that representation, the Court will move the deadline to answer to December 4, 2026, noting that one of the defendants is a corporation and therefore cannot appear pro se under any circumstances. No further adjournments will be considered.

SO ORDERED.

New York, New York
November 16, 2026

JED S. RAKOFF, U.S.D.J.